UNITED STATES v. WATSON et al.

(Circuit Court, S. D. New York. December 9, 1897.)

No. 1,232.

CUSTOMS DUTIES—CLASSIFICATION—PEARL HARDENING.

 Pearl hardening, an artificial sulphate of lime, obtained by precipitated carbonate of lime with dilute sulphuric acid, was dutiable, under the act of 1890 as a nonenumerated manufactured article, and not under paragraph 97 as "plaster of Paris, or gypsum ground."

This was an appeal by the United States from a decision of the board of general appraisers in respect to the classification for duty of certain merchandise imported by Watson & Co.

Henry D. Sedgwick, Jr., Asst. U. S. Atty.

Stephen G. Clarke, for appellees.

WHEELER, District Judge. This importation is pearl hardening. The report of the assistant appraisers shows:

"It is an artificial sulphate of lime obtained by precipitated carbonate of lime with dilute sulphuric acid. The carbonate of lime, from which this article is manufactured, is a by-product obtained in the manufacture of soda ash."

It has been classified under paragraph 97 of the tariff act of 1890 as "plaster of Paris, or gypsum ground." It is not plaster of Paris, or gypsum ground, but a nonenumerated manufactured article, as claimed by the collector. Decision reversed.